IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| REGENT BANK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:24-cv-05077-RK |
| SAMUEL BODEA, *et al.,* | ) ) ) |
| Defendants. | ) ) |

## SUGGESTION OF BANKRUPTCY

Please take notice that on July 14, 2025, Defendants Samuel and Simona Bodea filed a voluntary petition for relief under Title 11, United States Code, in the United States Bankruptcy Court for the Western District of Missouri, which bears the case number 25-30174.

Dated July 16, 2025

Respectfully submitted by:

Conroy Baran

By: */s/ Robert S. Baran*
Robert S. Baran (MO 50699)
1316 Saint Louis Ave., 2nd FL
Kansas City, Missouri 64101
816-616-5009
816-817-6023 Fax
rbaran@conroybaran.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of July 2025, a copy of the above Suggestions of Bankruptcy was served via the Court's electronic notification system on each party designated to receive such notification, including Counsel for the Plaintiff.

/s/ Robert S. Baran